IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO MARTINEZ,

    Plaintiff,

v.                                        CIVIL No.: 2:22-cv-00090 GBW/CG

MESILLA VALLEY PUBLIC HOUSING AUTHORITY,

    Defendant.

### ORDER EXTENDING CASE MANAGEMENT DEADLINES

THIS MATTER having come before the Court on Plaintiff's *Joint Motion to Extend Expert Disclosure Deadlines*, the motion being agreed upon by the parties, the Court having jurisdiction and being advised of the premise and grounds FINDS good cause exists to grant an extension of scheduling dates and deadlines.

**IT IS THEREFORE ORDERED** that this Court's Order Extending Discovery and Expert Disclosure Deadlines (Doc. 10 and Doc. 17), is amended as follows:

1. Plaintiff to identify in writing any expert witness to be used by Plaintiff at trial to provide expert reports pursuant to Fed. R. Civ. P. 26(q)(2)(B) by: **November 14, 2022.**

2. Defendant to identify in writing any expert witness to be used by Plaintiff at trial to provide expert reports pursuant to Fed. R. Civ. P. 26(q)(2)(B) by: **December 18, 2022.**

3. The termination date for discovery is **January 16, 2023.**

**SO ORDERED.**

1

2

 

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

*Submitted and Approved:*

ROYBAL-MACK & CORDOVA, P.C.

*/s/Amelia P. Nelson*
AMELIA P. NELSON
*Attorneys for Plaintiff*
PO Box 91658
Albuquerque, NM  87199
Telephone: (505) 288-3500
amelia@roybalmacklaw.com


MYNATT MARTINEZ SPRINGER P.C.

*/s/ Approved via electronic mail on 8/9/22 at 5:27pm*
BENJAMIN J. YOUNG
*Attorneys for Defendant*
PO Box 2699
Las Cruces, NM 88004-2699