IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ALFONSO MARTINEZ,**

    **Plaintiff,**

**v.**                                                                            **No. 22-cv-0090 GBW/SMV**

**MESILLA VALLEY PUBLIC**
**HOUSING AUTHORITY,**

    **Defendant.**

## ORDER CONDITINALLY GRANTING EXTENSION OF CASE MANAGEMENT DEADLINES

THIS MATTER comes before me on the parties' second "Joint Motion to Extend Case Management Deadlines." [Doc. 26]. I first note the proximity of the parties' requested extension deadlines to the current pretrial conference and jury trial settings.  The trial date in this matter is May 23, 2023. [Doc. 19]. A pretrial conference is set for April 14, 2023. *Id.* The parties request the discovery deadline be extended to March 10, 2023, the discovery motion deadline be extended to April 7, 2023, and the pretrial motions deadline be extended to April 21, 2023. [Doc. 26]. Therefore, I find good cause exists to grant an extension of scheduling deadlines, **conditioned on** the parties filing a motion to continue the trial date and the presiding Judge granting that motion to continue the trial.

    **IT IS THEREFORE ORDERED** that the "Joint Motion to Extend Case Management Deadlines" [Doc. 26] is **CONDITIONALLY GRANTED,** and that upon the filing and granting of a motion to continue the trial, the expert and discovery deadlines will be extended as follows:

1. Plaintiff to identify in writing any expert witness to be used by Plaintiff at trial to provide expert reports pursuant to Fed. R. Civ. P. 26(q)(2)(B) by: **January 13, 2023.**

2. Defendant to identify in writing any expert witness to be used by Plaintiff at trial to provide expert reports pursuant to Fed. R. Civ. P. 26(q)(2)(B) by: **February 14, 2023.**

3. The termination date for discovery is **March 10, 2023.**

4. All motion related to discovery are to be submitted no later than **April 7, 2023**.

5. All Pre-Trial motions are to be submitted no later than **April 21, 2023**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**