IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALFONSO MARTINEZ,**

 **Plaintiff,**

                No. 2:22-cv-0090-GBW-JHR

**v.**

**MESILLA VALLEY**
**PUBLIC HOUSING AUTHORITY,**

 **Defendant.**

### ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN SCHEDULING ORDER DEADLINES

This matter comes before the Court on the Parties' Joint Motion to Extend Certain Scheduling Order Deadlines filed on May 9, 2023. [Doc. 44]. The Court, having reviewed the Motion, and being otherwise fully informed, finds the Motion to be well-taken and should be GRANTED.

THEREFORE, the Discovery Termination deadline is extended from May 10, 2023 to May 31, 2023.

IT THERE FURTHER ORDERED, the deadline to file dispositive motions is extended from June 21, 2023 to July 12, 2023.

**IT IS SO ORDERED.**

_____
JERRY H. RITTER
United States Magistrate Judge

Prepared & submitted by:

MYNATT SPRINGER P.C.

*/s/ Benjamin J. Young*
BENJAMIN J. YOUNG
New Mexico Bar No. 144702
P.O. Box 2699
Las Cruces, NM 88004
(575)5, 24-8812
bjy@mmslawpc.com
*Attorney for Defendant*

Approved by:

ROYBAL-MACK & CORDOVA, P.C.

<u>*Approved May 10, 2023*</u>
Amelia P. Nelson
P.O. Box 91658
Albuquerque, NM 87199
(505) 288-3500
amelia@roybalmacklaw.com
*Attorneys for Plaintiff*